UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUMMER DAWN RYNNING,<br><br>              Plaintiff,<br><br>   v.<br><br>EBBONY GRADDY, LAUREL TIMMINS, and LISA JARDINE,<br><br>              Defendants. | CASE NO. 16-5378 RJB<br><br>ORDER FOR THIRD STATUS REPORT |

     This matter comes before the Court on the Plaintiff's June 16, 2017 Status Report. Dkt. 17. The Court has reviewed the report and the file, and is fully advised.

     On August 2, 2016, Plaintiff filed a Notice of Temporary Stay (Dkt. 8) notifying this Court that the U.S. Bankruptcy Court in the District of Delaware entered an order temporarily staying this case and was considering whether the automatic stay (based on the filing of a bankruptcy petition) entered in *Rynning v. W.J Bradely, et al,* Western District of Washington case number 15-5624 RJB, should also be entered in this case. Dkt. 8. On August 30, 2016, Plaintiff filed a Notice of Extension of Automatic Stay. Dkt. 9. Plaintiff attached an order from

the Delaware bankruptcy court extending the U.S. Bankruptcy Code § 362 automatic stay entered in *Rynning v. W.J Bradely*, *et al,* Western District of Washington case number 15-5624 RJB to all Defendants in this case. Dkt. 9-1; *In re W.J. Bradley Mortgage Capital, LLC,* United States Bankruptcy Court for the District of Delaware case number 16-11049 KG. The bankruptcy court's order informed the Plaintiff, or any other party, that six months after entry of the order, they may petition the bankruptcy court to lift the stay. *Id.*

On September 16, 2016, this case was stayed for six months. Plaintiff was ordered to file a status report regarding the status of the stay.

Plaintiff filed the status report on March 15, 2017 and indicates that the case is still stayed. Dkt. 15. She states that her counsel is working with the bankruptcy trustee to explore whether the stay could be lifted soon. *Id.* Plaintiff indicates that she could provide another status update for the Court in 90 days. *Id.*

Plaintiff filed a second status report regarding the status of the stay on June 16, 2017. Dkt. 17. Plaintiff indicates that she has filed a motion with the bankruptcy court to have the stay lifted. *Id.* She states that the motion is set for hearing on July 18, 2017. *Id.*

Plaintiff should be ordered to provide a third status report within one week of a decision of the bankruptcy court or, in any event, by September 15, 2017.

It is **ORDERED** that:

- Plaintiff **SHALL** file a status report regarding the status of the stay within one week of a decision of the bankruptcy court on Plaintiff's motion to lift the stay, or, in any event, by **September 15, 2017**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 19th day of June, 2017.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge